UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN WHITE,

    Petitioner,                                 Civil No. 2:16-cv-12910
                                                Hon. George Caram Steeh

    v.

JEFFREY WOODS,

    Respondent.
_____/

**ORDER DENYING MOTION FOR CERTIFICATE OF
APPEALABILITY AND APPLICATION TO PROCEED ON
<u>APPEAL IN FORMA PAUPERIS AS MOOT [Dkts. 14 and 15]</u>**

This is a habeas case under 28 U.S.C. § 2254. Petitioner filed a *pro se* petition for writ of habeas corpus raising multiple claims for relief. On May 2, 2017, the Court issued an Opinion and Order denying the petition. The Opinion also specifically denied Petitioner a certificate of appealability and permission to appeal in forma pauperis.

Before the Court are Petitioner's motion for a certificate of appealability and application to proceed on appeal without prepaying fees or costs. (Dkts. 14 and 15). This Court has already determined in the opinion denying the petition that Petitioner is not entitled to a certificate of appealability or to proceed on appeal in forma pauperis. He offers no new arguments as to why

-1-

a certificate of appealability or permission to proceed on appeal in forma pauperis are warranted. The motions are therefore denied as moot.

**SO ORDERED.**

Dated: June 15, 2017

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 15, 2017, by electronic and/or ordinary mail and also on Brian White #450311, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784.

s/Barbara Radke
Deputy Clerk